No. 71–165.   BRIDWELL, AKA BRADLEY v. UNITED STATES; and

No. 71–303.   PAULDINO, AKA PARKER v. UNITED STATES. C. A. 10th Cir.   Certiorari denied.   Reported below: 443 F. 2d 1108.

No. 71–171.   WHITFIELD ET AL. v. KLEIN INDEPENDENT SCHOOL DISTRICT ET AL.   Ct. Civ. App. Tex., 14th Sup. Jud. Dist.   Certiorari denied.

No. 71–210.   WILSON ET UX. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–211.   DON RHOADES CORP. v. AMERICAN INSTITUTE OF MARKETING SYSTEMS, INC.   Sup. Ct. N. M. Certiorari denied.

No. 71–213.   HAYES ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–216.   WEST v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 71–217.   SAWYER v. ATLANTIC DISCOUNT CORP. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 71–220.   POPE, ADMINISTRATRIX v. MOORE-MC-CORMACK LINES, INC.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 71–222.   DeMASI v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 71–223.   IANNACCONE ET AL. v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.